FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 0 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 20-1696 WJ |
| vs. | ) | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **SIMEON ATCITTY**, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about June 19, 2020, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **SIMEON ATCITTY**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

09/08/20  2:54PM