# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 20cr1696 WJ | UNITED STATES vs. Atcitty | |
| Hearing Date: | 9/25/2020 | Time In and Out: | 10:54 a.m./11:00 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | ABQ Zoom |
| Defendant: | Simeon Atcitty | Defendant's Counsel: | Emily Carey for this hearing only |
| AUSA: | Robert Goldaris | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing   on Tuesday, September 29, 2020   @ 9:30 a.m.

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐