AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2020 SEP 28  PM 2: 05

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-1696 WJ |
| SIMEON ATCITTY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  SIMEON ATCITTY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1111: Second Degree Murder in Indian Country

Date: 09/10/2020

City and state: Albuquerque, NM

*Issuing officer's signature*

Mitch Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/20, and the person was arrested on *(date)* 9/23/20
at *(city and state)* Shiprock, NM.

Date: 9/23/20

*Arresting officer's signature*

Lance Roundy, Special Agent
*Printed name and title*