# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 20cr1696 WJ | UNITED STATES vs. Atcitty | |
| Hearing Date: | 9/29/2020 | Time In and Out: | 10:50 a.m./11:01 a.m. 11:02 a.m./11:16 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Digital Recording: | ABQ Zoom |
| Defendant: | Simeon Atcitty | Defendant's Counsel: | Stephen Taylor |
| AUSA: | Nicholas Marshall | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, October 19, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered   ☐ Discovery Order previously entered   ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge   ☐ Trial currently set
- ☒ Defense argues for release; AUSA Marshall argues for detention; court findings

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver.