UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 20-1696 WJ | USA vs. Atcitty |
| Date: 9/10/2021 | Name of Deft: Simeon Atcitty |
| Before the Honorable: | Chief District Judge William P. Johnson |
| Time In/Out: 2:00pm – 2:58pm | Total Time in Court (for JS10): 58 minutes |
| Clerk: R. Garcia | Court Reporter: M. Loughran |
| AUSA: Nicholas Marshall | Defendant's Counsel: Stephen Taylor |
| Sentencing in: Albuquerque, NM - Zoom | Interpreter: N/A |
| Probation Officer: David Rhodes | Interpreter Sworn? Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | Information / X Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Indictment |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: 11(c)(1)(C) Plea Agreement |
| Date of Plea/Verdict: | 4/8/2021 | PSR: X | Not Disputed | | Disputed | Courts adopts PSR Findings |
| Evidentiary Hrg: | X | Not Needed | | Needed | Exceptions to PSR: | |

**SENTENCE IMPOSED**  Imprisonment (BOP): 108 months

Supervised Release: 5 years      Probation:

| | | | | | |
|---|---|---|---|---|---|
| REC | X | 500-Hour Drug Program and any educational/vocational training programs available through BOP. | | BOP Sex Offender Program | Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for     months     days |
| | Comply with ICE laws and regulation | | X | Community service for 50 hours |
| X | Participate in outpatient substance abuse treatment program | | | Reside halfway house     months     days |
| X | Submit to substance abuse testing not to exceed 60 test per year | | | Undergo a sex offense-specific assessment and participate in sex offender treatment program, if deemed necessary |
| | Participate in/successfully complete mental health program | | | If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation |
| | take all mental health medications that are prescribed by your treating physician | | | Register as sex offender |
| X | Must not use/possess alcohol and submit to no more than 4 tests a day | | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | | Possess no sexual material |
| X | No contact with victim's family | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| X | Waive right of confidentiality for treatment providers | | | Restricted from occupation with access to children |
| X | Must not knowingly use or possession of synthetic cannabinoids, etc. | | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | | Participate in an educational/vocational program |
| | You must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia | | | Participate in anger management/parenting/domestic violence program |
| | OTHER: | | | |

| | |
|---|---|
| Fine: $ 0.00 (community service imposed) | Restitution: $ 0.00; The Court finds the Mandatory Restitution Act of 1996 is applicable in this case. However, restitution has not yet been determined. Therefore, the Court will keep restitution open and establish a restitution amount |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | and schedule at a later date. | |
| SPA: | $ | 100.00 | | Payment Schedule: | X   Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Remanded into custody | | Voluntary Surrender |

Recommended place(s) of incarceration:

Dismissed Counts:

OTHER COMMENTS:
The Defendant waives his personal appearance and consents to a video conference hearing.
Mr. Taylor advises PSR reviewed with his client; no objections/corrections.
Mr. Marshal advises no objections to PSR.
The Court notes the parties have entered into an 11(c)(1)(C) plea agreement; asks the Government to address the basis for entering into 11(c)(1)(C) plea agreement; Mr. Marshal responds in support of plea agreement.
Victim's family address the Court.
Mr. Taylor addresses the Court on behalf of his client; requests that Dr. Demier's Report be included in BOP packet; requests that the Court accept the parties' plea agreement to a term of 108 months.
Defendant addresses the Court.
The Court approves Mr. Taylor's request and directs Probation to include Dr. Demier's Report in BOP packet.
Mr. Taylor requests time to confer w/his client re what BOP facility to have the Court recommend; PO notes facilities in Arizona.
The Court will hold off on entering the judgment and directs Mr. Taylor to advise CRD what facility Defendant would like a recommendation for.
Mr. Taylor requests that his client's High School transcript be sent to BOP as well; Court directs Mr. Taylor to send the transcript to PO Borland for forwarding to BOP.